UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

    -v.-                                     :

TODD NEWMAN,                              :
ANTHONY CHIASSON,                         :
JON HORVATH, and
DANNY KUO,                                :

        Defendants.               :

- - - - - - - - - - - - - - - - - x



PROTECTIVE ORDER ON CONSENT

12 Cr. 121 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2012

        Upon the application of the United States Attorney for the Southern District of New York and TODD NEWMAN, ANTHONY CHIASSON, JON HORVATH, and DANNY KUO, the defendants herein, for the entry of a Protective Order, and for good cause shown, IT IS HEREBY ORDERED THAT:

        1.    With the exception of otherwise publicly available documents and information, any documents, the information contained therein, and other information provided by the Government to the defendants pursuant to Federal Rule of Criminal Procedure 16, Title 18, United States Code, Section 3500, *Brady v. Maryland*, or *United States v. Giglio*, are deemed confidential ("Confidential Information").  Confidential Information disclosed to the defendants and/or their counsel during the course of proceedings in this action:

a.    Shall be used by the defendants and/or their counsel solely for purposes of this criminal action, but the defendants may seek leave from this Court to use Confidential Information in *S.E.C.* v. *Adonakis, et al.*, 12 Civ. 409 (PGG);

b.    Shall not be disclosed in any form by the defendants and/or their counsel to members of the media or used for any commercial or business purpose;

c.    Shall not be disclosed in any form by the defendants and/or their counsel except as set forth in paragraph 2 below.

2.    Confidential Information may be disclosed by the defendants and/or their counsel only to the following designated persons:  (i) all personnel employed or retained by the defendants' counsel; (ii) expert witnesses or advisors or counsel engaged or consulted by the defendants and/or their counsel in connection with the criminal case; (iii) prospective witnesses, and their counsel, to the extent deemed necessary by defense counsel, for the purposes of the criminal proceedings in this case; and (iv) such other persons as hereafter may be authorized by the Government or by order issued by any Court.  If Confidential Information is provided to any prospective witnesses, counsel shall make reasonable efforts to seek the return or destruction of such materials in accordance with paragraph 5 below.

2

3.    The defendants and/or their counsel shall provide
a copy of this Order to the designated persons to whom they
disclose Confidential Information pursuant to subparagraphs 2(i)-
(iv). Designated persons shall be subject to the terms of this
Order. The defendants and/or their counsel shall maintain a
record of all such persons to whom they provide Confidential
Information.

4.    The defendants and/or their counsel shall use
reasonable care to ensure that the Confidential Information is not
disclosed or disseminated to any third parties in violation of
this Protective Order. In the event of an inadvertent disclosure
of Confidential Information, the defendants and/or their counsel
shall promptly notify the Court and the Government as to the
identity of the recipient of the inadvertently produced
Confidential Information and shall use reasonable efforts to
secure the return or destruction of the inadvertently produced
Confidential Information.

5.    The defendants and/or their counsel agree that
they have no ownership interest in the materials subject to this
Protective Order, except that any preexisting ownership interest
in such materials that exists shall not be affected by this Order.
The defendants and/or their counsel further agree that all such
materials are to be returned to the Government or destroyed at the

3

end of the criminal proceeding, or upon Order of the Court, whichever occurs first.

6.     The provisions of this Order shall not be construed as preventing the use or disclosure of any information in any motion, hearing, trial held in this action, any appeal therefrom, or to any Judge or Magistrate Judge of this Court or the Court of Appeals for purposes of this action, except that defense counsel may retain such materials as are annexed to pleadings filed with the Court or the Court of Appeals in this case.

7.     The defendants and/or their counsel will abide by the restrictions set forth in this Order unless one or more of the defendants and/or their counsel make a written request to the Government for an exception to these restrictions, and such a request is granted.   The Government shall make all reasonable efforts to accommodate such exceptions.   If such exceptions are refused, the defendants and/or their counsel may seek relief from the Court, with notice to the Government.

8.    This Order may be signed in counterparts and
transmitted by facsimile and/or electronic copy, each of which
counterparts will be deemed to be an original and which taken
together will constitute the Order.

Dated:    New York, New York
          February 21, 2012

AGREED AND CONSENTED TO:

                                    PREET BHARARA
                                    UNITED STATES ATTORNEY

                          BY:    _____
                                    Antonia M. Apps/David S. Leibowitz
                                    Assistant United States Attorneys


TODD NEWMAN                         ANTHONY CHIASSON

BY: _____       BY: _____
    Stephen Fishbein, Esq. /JOHN NATHANSON   Reid Weingarten/Gregory Morvillo, Esq.
    (Counsel for Todd Newman)            (Counsel for Anthony Chiasson)


JON HORVATH                         DANNY KUO

BY: _____       BY: _____
    Steven R. Peikin, Esq.              Roland Riopelle/Dianne Ferrone, Esq.
    (Counsel for Jon Horvath)           (Counsel for Danny Kuo)



                          SO ORDERED:
                                    _____
                                    HONORABLE RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE
                                            2/29/12

                                    5

        8.    This Order may be signed in counterparts and
transmitted by facsimile and/or electronic copy, each of which
counterparts will be deemed to be an original and which taken
together will constitute the Order.

Dated:    New York, New York
          February 21, 2012

AGREED AND CONSENTED TO:

                              PREET BHARARA
                              UNITED STATES ATTORNEY

                         BY: _____
                              Antonia M. Apps/David S. Leibowitz
                              Assistant United States Attorneys

    TODD NEWMAN                    ANTHONY CHIASSON

BY: _____      BY: _____
    Stephen Fishbein, Esq.         Reid Weingarten/Gregory Morvillo, Esq.
    (Counsel for Todd Newman)      (Counsel for Anthony Chiasson)

    JON HORVATH                    DANNY KUO

BY: _____      BY: _____
    Steven R. Peikin, Esq.         Roland Riopelle/Dianne Ferrone, Esq.
    (Counsel for Jon Horvath)      (Counsel for Danny Kuo)

                         SO ORDERED:

                         _____
                         HONORABLE RICHARD J. SULLIVAN
                         UNITED STATES DISTRICT JUDGE

                              5

8.   This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

Dated:   New York, New York
         February 21, 2012

AGREED AND CONSENTED TO:

                                        PREET BHARARA
                                        UNITED STATES ATTORNEY

                                  BY: _____
                                        Antonia M. Apps/David S. Leibowitz
                                        Assistant United States Attorneys

TODD NEWMAN                             ANTHONY CHIASSON

BY: _____       BY: _____
      Stephen Fishbein, Esq.              Reid Weingarten/Gregory Morvillo, Esq.
      (Counsel for Todd Newman)            (Counsel for Anthony Chiasson)

JON HORVATH                             DANNY KUO

BY: _____       BY: _____
      Steven R. Peikin, Esq.              Roland Riopelle/Dianne Ferrone, Esq.
      (Counsel for Jon Horvath)            (Counsel for Danny Kuo)


                                  SO ORDERED:


                                  _____
                                  HONORABLE RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

5

8.   This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

Dated:     New York, New York
           February 21, 2012

AGREED AND CONSENTED TO:

                                  PREET BHARARA
                                  UNITED STATES ATTORNEY

                              BY: _____
                                  Antonia M. Apps/David S. Leibowitz
                                  Assistant United States Attorneys


TODD NEWMAN                       ANTHONY CHIASSON

BY: _____     BY: _____
    Stephen Fishbein, Esq.            Reid Weingarten/Gregory Morvillo, Esq.
    (Counsel for Todd Newman)         (Counsel for Anthony Chiasson)


JON HORVATH                       DANNY KUO


BY: _____     BY: _____
    Steven R. Peikin, Esq.            Roland Riopelle/Dianne Ferrone, Esq.
    (Counsel for Jon Horvath)         (Counsel for Danny Kuo)



                      SO ORDERED:


                      _____
                      HONORABLE RICHARD J. SULLIVAN
                      UNITED STATES DISTRICT JUDGE


                                  5