USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TODD NEWMAN, *et al.*,

Defendants.

No. 12 Cr. 121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the conference held on June 28, 2012, and for reasons that will be explained further in a subsequent order, IT IS HEREBY ORDERED THAT all Defendants' motions to sever are denied, Defendant Anthony Chiasson's motions to suppress and for an individualized voir dire and written questionnaire are denied, and Defendant Todd Newman's motion for expedited discovery is denied. The Clerk of the Court is respectfully directed to terminate the motions located at Doc. Nos. 60, 64, 69, 71, 73, and 77.

IT IS FURTHER ORDERED THAT the parties shall comply with the following pre-trial schedule:

| | |
|---|---|
| August 29, 2012 | The government shall submit its final bill of particulars. |
| September 21, 2012 | The government shall submit its motions in limine, any 404(b) notice, its proposed witness and exhibit lists, and any expert reports; |
| October 3, 2012 | Defendants shall respond to the government's motions in limine and submit their own motions in limine, proposed witness and exhibit lists, and any expert reports; |
| October 12, 2012 | The government shall respond to Defendants' motions in limine; and |

October 18, 2012    The parties shall submit a joint proposed
                    voir dire and request to charge.

The Court will hold a final pre-trial conference on the October 23, 2012 at 10:30 a.m. in Courtroom 21C. Trial shall begin on the morning of October 29, 2012.

IT IS FURTHER ORDERED THAT, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), time is excluded until October 29, 2012 in order to allow Defendants to review the copious amount of discovery in this case and prepare for trial. The Court finds that the interests of justice served by granting this adjournment outweigh Defendants' and the public's interest in a speedy trial.

SO ORDERED.

Dated:    June 29, 2012
          New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE