UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 31 2012
```

UNITED STATES OF AMERICA,

-v-

TODD NEWMAN, *et al.*,

Defendants.

No. 12 Cr. 121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant Horvath, dated August 30, 2012, requesting the Court to order the Government to provide a revised Bill of Particulars describing the Government's case in greater specificity and to adjourn the trial until January 2013. The Government, and any other Defendant who wishes to respond, are HEREBY ORDERED to respond to Defendant Horvath's requests no later than Thursday, September 6, 2012.

SO ORDERED.

Dated:        August 30, 2012
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE