# Exhibit B

**Defense Exhibits that Contain the News and Analyst Reports that Form the Basis of Prof. Gregg A. Jarrell's Summarization of Relevant Information that Was in the Market During the Allegation Time Period**

| | | |
|---|---|---|
| DX289 | DX8206 | DX8233 |
| DX369 | DX8207 | DX8234 |
| DX591 | DX8209 | DX8235 |
| DX910 | DX8210 | DX8236 |
| DX1202 | DX8211 | DX8237 |
| DX1802 | DX8212 | DX8238 |
| DX2165 | DX8213 | DX8239 |
| DX2184 | DX8214 | DX8240 |
| DX3041 | DX8215 | DX8241 |
| DX5721 | DX8216 | DX8242 |
| DX5722 | DX8217 | DX8244 |
| DX8181 | DX8218 | DX8245 |
| DX8185 | DX8219 | DX8247 |
| DX8194 | DX8220 | DX8248 |
| DX8195 | DX8221 | DX8249 |
| DX8196 | DX8223 | DX8250 |
| DX8197 | DX8224 | DX8251 |
| DX8198 | DX8225 | DX8252 |
| DX8199 | DX8226 | DX8253 |
| DX8200 | DX8227 | DX8254 |
| DX8201 | DX8228 | DX8255 |
| DX8202 | DX8229 | DX8256 |
| DX8204 | DX8231 | DX8257 |
| DX8205 | DX8232 | DX8259 |

| | | |
|---|---|---|
| DX8260 | DX8286 | DX8301 |
| DX8261 | DX8287 | DX8302 |
| DX8262 | DX8288 | DX8303 |
| DX8263 | DX8289 | DX8304 |
| DX8264 | DX8289 | DX8305 |
| DX8266 | DX8291 | DX8305 |
| DX8267 | DX8292 | DX8306 |
| DX8268 | DX8293 | DX8307 |
| DX8269 | DX8294 | DX8386 |
| DX8270 | DX8294 | DX8387 |
| DX8271 | DX8295 | DX8390 |
| DX8273 | DX8296 | DX8391 |
| DX8274 | DX8297 | DX8397 |
| DX8275 | DX8297 | DX8404 |
| DX8276 | DX8297 | DX8415 |
| DX8278 | DX8297 | DX8423 |
| DX8279 | DX8298 | DX8425 |
| DX8281 | DX8298 | DX8430 |
| DX8283 | DX8299 | |
| DX8285 | DX8300 | |