# Exhibit A

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX146 | DX579 | DX1039 | DX2035 |
| DX249 | DX612 | DX1040 | DX2039 |
| DX281 | DX633 | DX1044 | DX2042 |
| DX300 | DX655 | DX1051 | DX2046 |
| DX302 | DX678 | DX1065 | DX2047 |
| DX321 | DX709 | DX1087 | DX2048 |
| DX339 | DX710 | DX1094 | DX2049 |
| DX340 | DX715 | DX1120 | DX2050 |
| DX346 | DX772 | DX1139 | DX2052 |
| DX354 | DX779 | DX1140 | DX2056 |
| DX399 | DX780 | DX1158 | DX2057 |
| DX403 | DX785 | DX1165 | DX2059 |
| DX404 | DX786 | DX1173 | DX2063 |
| DX405 | DX790 | DX1174 | DX2064 |
| DX407 | DX794 | DX2007 | DX2065 |
| DX408 | DX810 | DX2008 | DX2068 |
| DX425 | DX828 | DX2009 | DX2069 |
| DX437 | DX833 | DX2010 | DX2073 |
| DX452 | DX836 | DX2013 | DX2084 |
| DX452-A | DX874 | DX2014 | DX2090 |
| DX494 | DX900 | DX2018 | DX2123 |
| DX512 | DX902 | DX2021 | DX2132 |
| DX520 | DX913 | DX2026 | DX2134 |
| DX528 | DX948 | DX2027 | DX2135 |
| DX541 | DX949 | DX2029 | DX2138 |
| DX543 | DX952 | DX2030 | DX2139 |
| DX555 | DX977 | DX2032 | DX2140 |
| DX566 | DX978 | DX2033 | DX2141 |
| DX568 | DX987 | DX2034 | DX2142 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX2145 | DX2412 | DX2556 | DX2638 |
| DX2151 | DX2413 | DX2559 | DX2640 |
| DX2152 | DX2414 | DX2562 | DX2641 |
| DX2154 | DX2420 | DX2563 | DX2642 |
| DX2157 | DX2422 | DX2564 | DX2643 |
| DX2159 | DX2423 | DX2567 | DX2644 |
| DX2163 | DX2424 | DX2568 | DX2645 |
| DX2164 | DX2425 | DX2569 | DX2646 |
| DX2187 | DX2427 | DX2570 | DX2652 |
| DX2188 | DX2433 | DX2571 | DX2653 |
| DX2195 | DX2442 | DX2572 | DX2662 |
| DX2205 | DX2443 | DX2573 | DX3014 |
| DX2212 | DX2445 | DX2577 | DX3053 |
| DX2224 | DX2454 | DX2579 | DX3055 |
| DX2235 | DX2457 | DX2580 | DX3056 |
| DX2238 | DX2459 | DX2583 | DX3058 |
| DX2248 | DX2461 | DX2588 | DX3060 |
| DX2259 | DX2474 | DX2589 | DX3065 |
| DX2290 | DX2475 | DX2596 | DX3066 |
| DX2348 | DX2476 | DX2607 | DX3071 |
| DX2349 | DX2477 | DX2617 | DX3073 |
| DX2353 | DX2480 | DX2620 | DX3079 |
| DX2368 | DX2483 | DX2625 | DX3080 |
| DX2380 | DX2504 | DX2626 | DX3091 |
| DX2393 | DX2508 | DX2628 | DX3096 |
| DX2399 | DX2515 | DX2629 | DX3098 |
| DX2400 | DX2529 | DX2631 | DX3101 |
| DX2406 | DX2554 | DX2632 | DX3103 |
| DX2411 | DX2555 | DX2636 | DX3106 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX3110 | DX3299 | DX4000 | DX5309 |
| DX3111 | DX3306 | DX4001 | DX5311 |
| DX3112 | DX3314 | DX4005 | DX5334 |
| DX3113 | DX3332 | DX4008 | DX5335 |
| DX3123 | DX3334 | DX4011 | DX5336 |
| DX3146 | DX3342 | DX4012 | DX5344 |
| DX3154 | DX3349 | DX4015 | DX5345 |
| DX3156 | DX3353 | DX4025 | DX5350 |
| DX3158 | DX3354 | DX4026 | DX5356 |
| DX3163 | DX3358 | DX4031 | DX5357 |
| DX3165 | DX3359 | DX5093 | DX5373 |
| DX3171 | DX3360 | DX5168 | DX5379 |
| DX3172 | DX3361 | DX5186 | DX5380 |
| DX3179 | DX3500 | DX5194 | DX5384 |
| DX3184 | DX3520 | DX5204 | DX5385 |
| DX3185 | DX3670 | DX5216 | DX5387 |
| DX3192 | DX3671 | DX5217 | DX5391 |
| DX3195 | DX3688 | DX5219 | DX5394 |
| DX3204 | DX3704 | DX5228 | DX5395 |
| DX3229 | DX3705 | DX5235 | DX5411 |
| DX3234 | DX3706 | DX5253 | DX5412 |
| DX3243 | DX3748 | DX5269 | DX5414 |
| DX3249 | DX3767 | DX5271 | DX5416 |
| DX3253 | DX3789 | DX5272 | DX5417 |
| DX3263 | DX3801 | DX5278 | DX5420 |
| DX3281 | DX3842 | DX5279 | DX5426 |
| DX3288 | DX3843 | DX5280 | DX5435 |
| DX3295 | DX3851 | DX5297 | DX5437 |
| DX3296 | DX3852 | DX5298 | DX5438 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX5440 | DX5611 | DX6048 | DX6097 |
| DX5441 | DX5613 | DX6049 | DX6101 |
| DX5443 | DX5616 | DX6056 | DX6102 |
| DX5448 | DX5638 | DX6057 | DX6108 |
| DX5452 | DX5696 | DX6061 | DX6109 |
| DX5462 | DX5699 | DX6063 | DX6111 |
| DX5468 | DX5700 | DX6064 | DX6117 |
| DX5470 | DX5701 | DX6066 | DX6120 |
| DX5473 | DX5702 | DX6070 | DX6123 |
| DX5474 | DX5704 | DX6071 | DX6127 |
| DX5476 | DX5705 | DX6073 | DX6130 |
| DX5488 | DX6019 | DX6074 | DX6131 |
| DX5506 | DX6024 | DX6075 | DX6132 |
| DX5507 | DX6025 | DX6077 | DX6133 |
| DX5521 | DX6026 | DX6078 | DX6134 |
| DX5527 | DX6027 | DX6079 | DX6139 |
| DX5550 | DX6028 | DX6081 | DX6141 |
| DX5553 | DX6031 | DX6082 | DX6142 |
| DX5563 | DX6033 | DX6083 | DX6258 |
| DX5571 | DX6035 | DX6084 | DX6261 |
| DX5576 | DX6036 | DX6085 | DX6263 |
| DX5577 | DX6038 | DX6086 | DX6265 |
| DX5578 | DX6039 | DX6087 | DX6266 |
| DX5585 | DX6040 | DX6088 | DX6271 |
| DX5586 | DX6041 | DX6090 | DX6272 |
| DX5589 | DX6042 | DX6092 | DX6274 |
| DX5596 | DX6043 | DX6093 | DX6275 |
| DX5602 | DX6045 | DX6094 | DX6276 |
| DX5609 | DX6046 | DX6095 | DX6278 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX6281 | DX6619 | DX6863 | DX7102 |
| DX6282 | DX6631 | DX6865 | DX7103 |
| DX6283 | DX6638 | DX7008 | DX7104 |
| DX6285 | DX6641 | DX7011 | DX7122 |
| DX6287 | DX6652 | DX7018 | DX7123 |
| DX6288 | DX6670 | DX7023 | DX7129 |
| DX6289 | DX6684 | DX7026 | DX7130 |
| DX6290 | DX6690 | DX7027 | DX7148 |
| DX6292 | DX6691 | DX7032 | DX7159 |
| DX6293 | DX6695 | DX7033 | DX7160 |
| DX6295 | DX6697 | DX7036 | DX7194 |
| DX6296 | DX6705 | DX7037 | DX7206 |
| DX6298 | DX6706 | DX7038 | DX7207 |
| DX6300 | DX6733 | DX7041 | DX7228 |
| DX6305 | DX6738 | DX7042 | DX7231 |
| DX6405 | DX6758 | DX7044 | DX7237 |
| DX6504 | DX6761 | DX7045 | DX7238 |
| DX6519 | DX6763 | DX7054 | DX7321 |
| DX6528 | DX6775 | DX7056 | DX7330 |
| DX6541 | DX6792 | DX7057 | DX7333 |
| DX6560 | DX6801 | DX7058 | DX7502 |
| DX6566 | DX6811 | DX7077 | DX7504 |
| DX6570 | DX6841 | DX7085 | DX7505 |
| DX6594 | DX6847 | DX7090 | DX7506 |
| DX6600 | DX6850 | DX7091 | DX7508 |
| DX6602 | DX6853 | DX7092 | DX7510 |
| DX6603 | DX6855 | DX7095 | DX7512 |
| DX6617 | DX6857 | DX7096 | DX7513 |
| DX6618 | DX6860 | DX7101 | DX7514 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX7516 | DX7719 | DX7763 | DX7863 |
| DX7517 | DX7720 | DX7765 | DX7864 |
| DX7518 | DX7723 | DX7768 | DX7880 |
| DX7520 | DX7724 | DX7769 | DX7903 |
| DX7521 | DX7725 | DX7770 | DX7908 |
| DX7528 | DX7727 | DX7774 | DX7909 |
| DX7531 | DX7728 | DX7775 | DX7910 |
| DX7532 | DX7729 | DX7776 | DX7914 |
| DX7534 | DX7730 | DX7778 | DX7915 |
| DX7535 | DX7731 | DX7792 | DX7929 |
| DX7541 | DX7733 | DX7794 | DX7932 |
| DX7542 | DX7734 | DX7795 | DX7945 |
| DX7543 | DX7735 | DX7809 | DX7947 |
| DX7544 | DX7736 | DX7810 | DX7950 |
| DX7700 | DX7740 | DX7813 | DX7954 |
| DX7701 | DX7741 | DX7817 | DX7956 |
| DX7702 | DX7744 | DX7818 | DX7977 |
| DX7703 | DX7745 | DX7825 | DX7978 |
| DX7704 | DX7747 | DX7826 | DX7979 |
| DX7705 | DX7748 | DX7827 | DX7988 |
| DX7709 | DX7749 | DX7828 | DX7989 |
| DX7711 | DX7750 | DX7833 | DX7999 |
| DX7712 | DX7751 | DX7834 | DX8064 |
| DX7713 | DX7756 | DX7835 | DX8074 |
| DX7714 | DX7757 | DX7839 | DX8076 |
| DX7715 | DX7758 | DX7849 | DX8082 |
| DX7716 | DX7759 | DX7854 | DX8085 |
| DX7717 | DX7761 | DX7856 | DX8086 |
| DX7718 | DX7762 | DX7858 | DX8088 |

**Chiasson Exhibits: Representative Sample**

| | | | |
|---|---|---|---|
| DX8089 | DX8978 | DX9125 | DX9374 |
| DX8764 | DX8981 | DX9129 | DX9376 |
| DX8785 | DX8987 | DX9134 | DX9378 |
| DX8786 | DX8995 | DX9147 | DX9381 |
| DX8788 | DX9007 | DX9160 | DX9383 |
| DX8795 | DX9008 | DX9203 | DX9384 |
| DX8816 | DX9010 | DX9235 | DX9385 |
| DX8834 | DX9015 | DX9243 | DX9386 |
| DX8851 | DX9016 | DX9245 | DX9401 |
| DX8854 | DX9017 | DX9247 | DX9402 |
| DX8865 | DX9031 | DX9249 | DX9403 |
| DX8868 | DX9034 | DX9251 | DX9405 |
| DX8872 | DX9035 | DX9252 | DX9407 |
| DX8875 | DX9038 | DX9253 | DX9410 |
| DX8886 | DX9047 | DX9254 | DX9411 |
| DX8889 | DX9056 | DX9268 | DX9416 |
| DX8892 | DX9058 | DX9277 | DX9417 |
| DX8895 | DX9060 | DX9355 | DX9418 |
| DX8896 | DX9062 | DX9360 | DX9419 |
| DX8909 | DX9067 | DX9361 | DX9421 |
| DX8910 | DX9073 | DX9362 | DX9428 |
| DX8949 | DX9100 | DX9364 | DX9429 |
| DX8961 | DX9104 | DX9365 | DX9461 |
| DX8976 | DX9124 | DX9366 | DX9470 |