UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2012
```

UNITED STATES OF AMERICA,

-v-

TODD NEWMAN, et al.,

Defendants.

No. 12 Cr. 121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the parties in the above-captioned case with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Monday, October 29, 2012. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and official court reporter.

SO ORDERED.

Dated:      October 25, 2012
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE