SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-13

**MEMO ENDORSED**

May 8, 2013

Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
Courtroom 905
40 Foley Square
New York, NY 10007

**Re: United States v. Newman, et al., Cr. No. 12-121 (RJS)**

Dear Judge Sullivan:

As Your Honor knows, we represent Todd Newman in the above-captioned matter. We write this letter in connection with Mr. Newman's surrender date. The Court has ordered that Mr. Newman must surrender to the Bureau of Prisons on July 8, 2013. In order to permit Mr. Newman to spend the summer with his daughter while she is not in school, we respectfully request that Mr. Newman be permitted to surrender on the Tuesday after Labor Day, September 3, 2013. We have conferred with the government and it does not oppose this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Stephen Fishbein
John Nathanson

*Attorneys for Todd Newman*
cc: All counsel

> Although the Court is sympathetic to Defendant's desire to spend more time with his daughter before he begins serving his sentence, the Court has already afforded Defendant more than two months to put his affairs in order. In light of the seriousness of Defendant's crimes, and for the reasons set forth at his sentencing, a further extension of time would be inappropriate. Accordingly, Defendant's request is DENIED.
>
> SO ORDERED
> Date: 5/8/13
> RICHARD J. SULLIVAN
> U.S.D.J.

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SAO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.