UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TODD NEWMAN and ANTHONY
CHIASSON

                Defendants.

No. 12 Cr. 121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On December 6, 2012, Defendants moved for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and the Court reserved. On December 17, 2012, a jury convicted Defendants of multiple counts of securities fraud and one count each of conspiracy to commit securities fraud. After the jury returned its verdict, the Court gave Defendants forty-five days for post-trial submissions. Ultimately, however, Defendants elected not to make any such submissions.

    Having presided over the trial and reviewed the record, the Court concludes that a "rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *Jackson v. Virginia*, 443 U.S. 307, 319 (1979); *see United States v. Desimone*, 119 F.3d 217, 223 (2d Cir. 1997). Accordingly, Defendants' Rule 29 motions are HEREBY DENIED.

    SO ORDERED.

Dated:    May 14, 2013
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-13