AO 93 (SDNY Rev. 05/10) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 10 Mag 2587
)
THE PREMISES KNOWN AND DESCRIBED AS )
LEVEL GLOBAL INVESTORS, 888 SEVENTH AVENUE, )       ORIGINAL
27TH FLOOR, NEW YORK, NY (AS ATTACHED) )

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____SOUTHERN_____ District of _____NEW YORK_____
*(identify the person or describe the property to be searched and give its location)*:
THE PREMISES KNOWN AND DESCRIBED AS LEVEL GLOBAL INVESTORS, 888 SEVENTH AVENUE, 27TH FLOOR, NEW YORK, NY (AS ATTACHED) (AND ANY LOCKED OR CLOSED CLOSETS, SAFES, CABINETS AND CONTAINERS THEREIN)
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHED AFFIDAVIT, INCLUDING ALL ATTACHMENTS

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  November 28, 2010
                                                            *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.
☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court.     _____
                                                                                                        *USMJ Initials*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                                                ☐ until, the facts justifying, the later specific date of _____

                                11:00 PM
Date and time issued:  November 21, 2010                    _____
                                                                *Judge's signature*

City and state:    NEW YORK, NEW YORK                        HONORABLE THEODORE H. KATZ, U.S.M.J.
                                                                *Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 10 MAG. 2587 | Date and time warrant executed: 11/22/10 7:45 pm & 11/30/10 1:45 pm | Copy of warrant and inventory left with: Jeremy Bohrer |
|---|---|---|
| Inventory made in the presence of : Martha Berdote (11/22); Edmund Rom (11/22); Mark Munster (11/30) | | |

Inventory of the property taken and name of any person(s) seized:

Please see attached FD-597's for inventory of seized items. Also, please note that the firm Level Global needed additional time to complete a data download per the warrant, and said download was provided to the FBI on removable hard drives on 11/30/2010.

*Holly J Trask*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.

Date: 12/2/2010

*Holly J. Trask*
Executing officer's signature

Holly J. Trask Special Agent FBI
Printed name and title

ATTACHMENT A
(page 1 of 2)

THE PREMISES KNOWN AND DESCRIBED AS (A) THE OFFICES OF DAVID
GANEK, ANTHONY CHIASSON, AND ████████████ INCLUDING ALL
COMPUTERS, HAND-HELD DEVICES, AND CELLULAR TELEPHONES, (B) THE
DESKTOP AND LAPTOP COMPUTERS OF SAM ADONDAKIS, AND (C) A MIRROR
IMAGE OF LEVEL GLOBAL INVESTORS' SERVERS WHICH WILL THEN BE
SEARCHED USING SPECIFIC SEARCH TERMS AND PROCEDURE SET FORTH IN
ATTACHMENT B, ALL LOCATED AT LEVEL GLOBAL INVESTORS,
888 7TH AVENUE, 27TH FLOOR, NEW YORK, NEW YORK

(A) THE OFFICES OF DAVID GANEK, ANTHONY CHIASSON, AND

████████████ INCLUDING ALL COMPUTERS, HAND-HELD DEVICES, AND

CELLULAR TELEPHONES: All financial records, handwritten documents

and/or notebooks, letters and correspondence, photographs,

telephone and address books, identification documents, travel

documents, telephone records, computers and other electronic

devices, cellular telephones, and other records and documents

that constitute evidence of the commission of securities fraud,

wire fraud, money laundering, commercial bribery, conspiracy to

commit and aiding and abetting the commission of such crimes, or

are contraband and/or the fruits of violations of the federal

securities fraud, wire fraud, money laundering, and commercial

bribery laws, and/or are designed or intended as a means of

violating the federal securities fraud, wire fraud, money

laundering, and commercial bribery laws, including any of the

above items that are maintained within other closed or locked

containers, including those that may be further secured by key

locks (or combination locks) of various kinds.  These items will

be searched pursuant to the procedure set forth in Attachment B.

<u>ATTACHMENT A</u>
(page 2 of 2)

(B)  THE DESKTOP AND LAPTOP COMPUTERS OF SAM ADONDAKIS,
AND

(C)  A MIRROR IMAGE OF LEVEL GLOBAL INVESTORS' SERVERS
WHICH WILL THEN BE SEARCHED USING SPECIFIC SEARCH TERMS AND
PROCEDURE SET FORTH IN ATTACHMENT B.

ATTACHMENT B
(page 1 of 2)

1.   The Federal Bureau of Investigation ("FBI") will follow the following procedure with respect to the search of the servers listed in Attachment A at Level Global Investors.

First, personnel at the FBI will make a mirror image of all, or as much as feasible and necessary, of the servers at Level Global Investors.  In the event that the FBI cannot make a mirror image of a server or servers on site, the FBI will remove the servers and mirror the servers off site as soon as reasonably possible.  In that event, once the servers have been imaged, they will be returned.

Second, if Level Global Investors volunteers to make a mirror image of the servers and (if and only if) the FBI determines that their assistance is necessary and proper, the FBI will supervise the process by which all, or as much as feasible and necessary, of the servers at Level Global Investors will be imaged.

Third, following completion of the imaging process, the FBI will designate one or more personnel who will be walled off from the investigation to conduct the following searches of the imaged material from the servers:

(1) Search for all emails and documents authored by, sent to, and/or received from David Ganek, Anthony Chiasson, ▓▓▓▓▓▓▓▓▓▓ and Sam Adondakis.

(2) Search for all emails and documents containing the following search terms in the file name or anywhere in the electronic data of the file(s):

(a) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(b) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(c) "my check"
(d) consultant
(e) ▓▓▓▓▓▓▓▓▓
(f) ▓▓▓▓▓▓▓▓▓
(g) Kinnucan
(h) "Broadband Research"
(i) Dell
(j)
(k)

**ATTACHMENT B**
(page 2 of 2)

2.    For all other items listed in Attachment A (other than the servers which is covered by procedure #1 above), the FBI will search the content in Attachment A for the following information:

1.    Any and all communications between and among David Ganek, Anthony Chiasson, ▇▇▇▇▇▇▇ Sam Adondakis, ▇▇▇▇ consultants, ▇▇▇▇▇▇▇▇▇▇▇▇▇ John Kinnucan, Broadband Research, and any third-party consultant.

2.    Any and all documents relating to, reflecting, and/or concerning information about public companies.

3.    Any and all evidence reflecting communications about trading based on information about public companies.

4.    Any and all other evidence that will assist the FBI in identifying and/or determining whether other individuals were involved in providing material, nonpublic information in violation of fiduciary and other duties of confidentiality and/or involved in trading based on material, nonpublic information.

5.    Any and all other information reflecting and/or showing and/or leading to evidence, fruits, and/or instrumentalities of violations of Title 18, United States Code, Sections 371, 1343, 1348, 1349, 1952, 1956, Title 15, United States Code, Sections 78j(b) and 78ff, and Title 18, United States Code, Section 2 in connection with those offenses.

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 318D-NY-302921

On (date) NOV 22, 2010

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) LEVEL GLOBAL
(Street Address) 888 7TH AVE, NEW YORK
(City) _____

Description of Item(s): ONE(1) SEAGATE HDD S/N 6VM9TH A9
FROM ROOM A (SC2)
ONE(1) SEAGATE HDD S/N 6VM9TJYH FROM ROOM A (SC2)
ONE(1) SEAGATE HDD S/N 6VY4VXNH FROM ROOM D (SC3)
ONE(1) Seagate HDD S/N 6VM9TKG6 FROM ROOM D (SC4)
ONE(1) WESTERN DIGITAL HDD S/N WMACK 2098598 FROM
ROOM D (SC5)
ONE(1) DVD CONTAINING CELL PHONE EXTRACTION FROM
DAVID GANEK IPHONE + BLACKBERRY CELL PHONE
ONE(1) DVD CONTAINING CELLPHONE EXTRACTION FROM
+ CHIASSON CELL PHONES
ONE(1) Seagate HDD S/N 9VP8594M CONTAINING HOME
DIRECTORIES FOR DGANEK, ACHIASSON,
SADONDAKIS.

SA [signature]
FBI-NYO CART - Nothing Follows

Received By _____                    Received From _____
            (Signature)                                       (Signature)

FD-597 (Rev 8-11-94)

Page ___/___ of ___/___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318D - NY - 302921

On (date)  11/22/2010

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Level Global Investors

(Street Address) 888 Seventh Avenue, 27th Floor, Room A (CHIASSON)

(City) New York

Description of Item(s): One motorola mobile phone (SJUG 370 7AA - T1 - 366GT1 - OM), one motorola mobile phone (SUG 2338 RA - T1T16 34 T1 - I1), one motorola mobile phone (SJUG 3030 RE - G1 3030 AG1BA - ORUN), one LG Electronics lr. mobile phone (model no. LG - TM510, S/N 17 K 035 3282), one motorola phone charger labeled "RAZR", one yellow SanDisk 512 MB thumb drive, one DVD labeled "Exit Through the Gift", one 16GB iPod serial No. YM9 J83 N55 BF

Received By: _____
(Signature)

Received From: _____
(Signature)

FD-597 (Rev 8-11-94)                                                    Page |___| of |___|

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318D-NY-302921

On (date) 11/30/10                              item(s) listed below were:
                                               ☒ Received From
                                               ☐ Returned To
                                               ☐ Released To
                                               ☐ Seized

(Name) Chris Moskowitz

(Street Address) 888 7th Avenue, 27th Floor

(City) New York, NY

Description of Item(s): Two (2) removable hard drives containing
data from: (Item #8)

① EAS Archive Server: HP Proliant DL360 G4-
Host Name: LGIZNT1CT

② Indexing Server: VMWare Guest → HP Proliant
BL460 G1 - Host: LGIZNT - Index CT

③ Database: HP Proliant BL460 G1a- Host Name:
LGISQ11CT

Received By: _M1(M____ A_____     Received From: _____
          (Signature)                              (Signature)
                                               SEAN FARRELL

FD-597 (Rev 8-11-94)

ITEM #9 JRH

Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318D-NY-302

On (date) November 22, 2010

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Level Global - ▓▓▓▓ Office

(Street Address) 888 7th Avenue New York NY

(City) New York NY

Room O

Description of Item(s): Four Yellow Writing Pads; 8 Medium Sized Bound Notebooks; One Composition Notebook; One Compliance Policies + Procedures Manual Including The Firm's Code of Ethics Of Level, Two Small Yellow Writing Pads; Various Handwritten + Computer Generated Papers (binder clipped);

MFK

Received By: _____
(Signature)

Received From: _____
(Signature)

FD-597 (Rev 8-11-94)      ITEM #4 JRH      Page _1_ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318D-NY-302921                    Office D

On (date) 11/22/2010

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Level Global- office of David Ganek

(Street Address) 888 Seventh Avenue, 27th Floor

(City) New York, New York

Description of Item(s): Business Continuity plan binder; Two
Level envelopes containing instant message data; silver
Erotic vetvorics notebook; black mead Five
Star notebook; green spiral notebook; white
note pad; 2006 ████████████ US and European
Equity Investors; ████████ 2006 ee Stock
Picks; Level Compliance and Procedures Manual;
Various documents; Spreadsheet of /Detailed list of Cash as of 6/9/2009;
List of Artwork in ████████ and David Ganek Collection;

ITEM

Received By: _____    Received From: _____
(Signature)                                  (Signature)

ITEM #3   JRH

FD-597 (Rev 8-11-94)                                                    Page ___1___ of ___2___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 318D - NY - 302921

On (date) November 22, 2010

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Level Global Investors

(Street Address) 888 Seventh Avenue, 27th Floor, Room A (CHIASSON)

(City) New York

Description of Item(s):

(5) (5) Five Too Yellow Writing Pads,

(1) One Manilla Folder Labeled "Project Chop" Containing Various Paperwork,

(1) One Stack of Various Paperwork Including Email and Spreadsheets

(1) One Stack of Various Paperwork Including Email from ▓▓▓▓ Dated July 27, 2010 8:57am

(1) One Stack of Various Paperwork Including Booklet Entitled "Global and Asia Investment Strategy."

(1) One Red Composition Notebook Labeled "October 2005 Level Global Investors November 2005,"

(1) One Black Composition Notebook Labeled "February Level Global 2006,"

(1) One Dark Blue Composition Notebook,

(1) One Plastic Folio Containing Various Paperwork Including Document Entitled "EZ Pass Breakdown" from 1-22-07 to 5-20-07

(1) One Green Folder Labeled "Project Lopez" Containing Various Paperwork,

(8) Eight Plastic Bound Documents Containing Various Paperwork to Include "Chiasson Q3 2008 Review - Nov 21, 2008,"

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page ___2___ of ___2___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _318D - NY - 302921_

On (date) _November 22, 2010_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _LEVEL GLOBAL INVESTORS_

(Street Address) _888 SEVENTH AVENUE, 27TH FL, ROOM A (CHIASSON)_

(City) _NEW YORK, NEW YORK._

Description of Item(s): _____

(1) ONE STACK OF PRINTED EMAILS TO INCLUDE EMAIL TO DAVID GANEK DATED FEBRUARY 04, 2009 3:02PM,

(1) ONE BLACK LOOSE LEAF BINDER LABELED " AC/DG NOTEBOOK,"

(1) ONE WHITE LOOSE LEAF BINDER LABELED "2010 RESEARCH IDEAS"

(1) ONE STACK OF VARIOUS PAPERWORK TO INCLUDE DOCUMENT " PORTFOLIO STRATEGY OUTLOOK FOR 4Q09 AND BEYOND"

(1) ONE CLEAR PLASTIC BINDER LABELED "SELF EVALUATION 2007"

(1) ONE BLACK BINDER LABELED "BLACKSTONE CONFERENCE CALLS"

(1) ONE BLACK BINDER CONTAINING VARIOUS DOCUMENTS TO INCLUDE "2007 COMPENSATION REVIEW."

(1) ONE STACK OF VARIOUS DOCUMENTS TO INCLUDE BOUND DOCUMENT ENTITLED "EMPLOYEE ACKNOWLEDGEMENT FORM"

(1) ONE STACK OF VARIOUS DOCUMENTS TO INCLUDE HANDWRITTEN PAGE ENTITLED "SECTIONS"

(1) ONE BLACK BINDER LABELED " IDEAS 2010"

(1) ONE BOUND DOCUMENT ENTITLED "COMPLIANCE POLICIES AND PROCEDURE MANUAL"

(1) ONE BLACK BINDER ENTITLED "TMT MEETING."

(1) ONE BLACK BINDER ENTITLED "2009 THEMES"

Received By:
_____
(Signature)

Received From:
_____
(Signature)

ITEM #2 JRM

FD-597 (Rev 8-11-94)

Page _1_ of _2_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _318D-NY-302921_

On (date) _NOVEMBER 22, 2010_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _LEVEL GLOBAL INVESTORS_

(Street Address) _888 SEVENTH AVENUE, 27TH FLOOR, ROOM A (CHIASSON)_

(City) _NEW YORK, NEW YORK_

Description of Item(s):

(1) ONE STACK OF VARIOUS DOCUMENTS TO INCLUDE DOCUMENT ENTITLED "TRUE SPRING FARM CONDOMINIUM UNIT PROFILE"

(1) ONE DESK CALENDAR PAGE FOR NOVEMBER 2010.

(1) ONE BLACK BINDER LABELED "COMPLIANCE POLICIES AND PROCEDURES JULY 2009.

(1) ONE BEIGE PLASTIC FOLDER LABELED "DAILY POSITIONS NOVEMBER 18, 2010" CONTAINING VARIOUS DOCUMENTS.

(1) ONE YELLOW NOTE PAD.

(1) ONE MANILLA FOLDER LABELED ▓▓▓▓▓▓▓

(1) ONE PLASTIC BINDER LABELED ▓▓▓▓▓▓ " CONTAINING VARIOUS DOCUMENT.

(1) ONE MANILLA FOLDER LABELED ▓▓▓▓▓▓ 11/19/10 " CONTAINING VARIOUS DOCUMENTS.

(1) ONE BEIGE PLASTIC FOLDER LABELED "TUESDAY NOVEMBER 16, 2010" CONTAINING VARIOUS DOCUMENTS"

(1) ONE STACK OF VARIOUS DOCUMENTS TO INCLUDE DOCUMENT ENTITLED ▓▓▓▓▓ RESEARCH GROUP ECONOMIC AND MARKET OUTLOOK."

(1) ONE MANILLA FOLDER LABELED "S/A/C/ ▓▓▓▓ CORRESPONDENCE"

(1) ONE DOCUMENT ENTITLED "TOP CONTACT BY STOCK"

Received By:
(Signature)

Received From:
(Signature)
▓▓▓ PARNELL

FD-597 (Rev 8-11-94)                                                    Page __2__ of __2__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __318-NY-302921__

On (date) __11/22/2010__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _Level Global Investors_

(Street Address) _888 Seventh Avenue, 27th Floor, Room A (CHIASSON)_

(City) _New York_

Description of Item(s): _____

(1) one manilla folder labeled "Wednesday October 27, 2010"
    containing various documents and one yellow notepad

(1) one spiral pamphlet titled "Budget Committee Meeting"
    dated 11/4/2010

(1) one spiral pamphlet titled "CHIASSON 9/30/10 Financial Summary"

(1) one pamphlet titled "CHIASSON Q2 2010 Review 8-4-10"

(1) one pamphlet titled "Budget Committee Meeting" dated 10/1/2010

(2) two gray spiral books titled ▓▓▓▓▓▓▓

(1) one stack of paperwork containing various documents

(1) one white notepad

(1) one yellow notepad

(1) one blue folder titled Capital Alloc containing various documents

(1) one page of company directory list

(1) one pamphlet titled Financial History 2005/05 and Projection to 2011/12

(1) one white notepad

(1) one stack of paperwork containing various documents

MMB 11/22/10

Received From: _____