

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

April 14, 2015

BY E-MAIL & ECF
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

          **Re: United States v. Todd Newman et al.**
             **12 Cr. 121 (RJS)**

Dear Judge Sullivan:

    The Government writes respectfully in connection with the issuance of the amended mandate yesterday by the Court of Appeals. The Government is in the process of determining whether it will petition the United States Supreme Court for a writ of certiorari in this case. The Government did not, however, seek in the Court of Appeals to stay the mandate, the issuance of which has no effect on our ability to seek further review in the Supreme Court. Thus, we have no objection to the dismissal of the indictment as to Newman and Chiasson, and we do not oppose the exoneration of the defendants' bail.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                         By: /s/ Harry A. Chernoff
                            Harry A. Chernoff
                            Assistant U.S. Attorney
                            (212) 637-2481

Hon. Richard J. Sullivan	-2-	April 14, 2015

cc: Stephen Fishbein, Esq. (via email)
    John Nathanson, Esq. (via email)
        Counsel to Todd Newman

    Gregory Morvillo, Esq. (via email)
        Counsel to Anthony Chiasson