UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-15
```

UNITED STATES OF AMERICA,

-v-

TODD NEWMAN and ANTHONY CHIASSON,

Defendants.

No. 12-cr-121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Mandate from the Second Circuit, dated April 13, 2015, vacating Defendants' convictions and remanding to the Court with directions to dismiss the indictment with prejudice. (Doc. No. 442.) Accordingly, IT IS HEREBY ORDERED THAT the Indictment (Doc. No. 26) and the S2 Superseding Indictment (Doc. No. 112) are DISMISSED WITH PREJUDICE as they relate to Defendants Newman and Chiasson. IT IS FURTHER ORDERED THAT Defendants' bail bond is exonerated, and all terms and conditions of their release are vacated.

SO ORDERED.

Dated:    April 16, 2015
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE