**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

October 23, 2015

<u>**BY EMAIL and ECF Filing**</u>

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 640
New York, New York 10007

      Re:    <u>United States v. Danny Kuo</u>, 12 CR 121 (RJS)
               Danny Kuo –Motion to Exonerate Bail

Dear Judge Sullivan:

      This morning, Your Honor signed the *nolle prosequi* submitted to the Court by the government. Therefore, Mr. Kuo's bail should be exonerated, and I move to exonerate his bail. An order exonerating Mr. Kuo's bail is enclosed, and I ask the Court to sign it and file it on the Court's electronic docket. I will separately approach the government and request that it execute documents sufficient to remove any liens established against the suretors' real property to secure Kuo's bail.

      Thanks for your attention to this matter.

                                        Respectfully submitted,

                                        Roland G. Riopelle

Cc: All Counsel (By email and ECF)

1